# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| GLENN MURCHISON, )<br>)<br>Petitioner, )<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent ) | No.  2:13-cr-00193-GZS<br>       2:20-cv-00222-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 504) filed March 18, 2021, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that:

1. Petitioner's Motion for habeas relief pursuant to 28 U.S.C. § 2255 (ECF 467) is hereby **DENIED**;

2. A certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 Cases is **DENIED** because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

                                                            _/s/ George Z. Singal_
                                                            United States District Judge

Dated this 22nd day of April, 2021.