UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| GLENN MURCHISON, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 2:13-cr-00193-GZS |
| | ) | 2:20-cv-00222-GZS |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On May 18, 2021, this Court granted Petitioner an extension of time to file objections to the March 18, 2021 Recommended Decision (ECF No. 504), with objections due no later than June 18, 2021. No objections having been filed by this extended deadline, the Recommended Decision is hereby **AFFIRMED**.

Accordingly, it is **ORDERED** that:

1. Petitioner's Motion for habeas relief pursuant to 28 U.S.C. § 2255 (ECF No. 467) is hereby **DENIED**;

2. A certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 Cases is **DENIED** because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

/s/ George Z. Singal
United States District Judge

Dated this 6th day of July, 2021.